# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Victor Bres<br>　　　　　　　　　Debtor(s)<br><br>PNC Bank, National Association<br>　　　　　　　　　Moving Party<br>　　　vs.<br>Victor Bres<br>　　　　　　　　　Debtor(s)<br><br>Ronda J. Winnecour<br>　　　　　　　　　Trustee | CHAPTER 13<br><br><br>NO. 18-20329 TPA |

### ORDER ALLOWING FILING OF CLAIM

**AND NOW**, this      day of                  , 2018, upon Motion of PNC Bank, National Association, it appearing to the Court that Movant holds a claim secured by a mortgage against Debtor's property at 100 South Avenue, Oakdale, Pennsylvania, that the claims bar date in this case was April 10, 2018, that Movant has filed a motion for leave to file a proof of claim beyond the claims bar date, that the motion was served on the Debtor, Debtor's counsel, and the Trustee on August 3, 2003, and that no timely objection or response to the motion has been filed, it is

**ORDERED** that Movant is hereby granted leave to file a Proof of Claim.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge

cc:
Victor Bres
100 South Avenue
Oakdale, PA 15071

Daniel P. Foster
Foster Law Offices
PO Box 966
Meadville, PA 16335

Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

KML Law Group, P.C.
701 Market Street, Suite 5000
Pittsburgh, PA 15276