FILED
9/10/82:17 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Victor Bres<br>　　　　　Debtor(s) | CHAPTER 13 |
| PNC Bank, National Association<br>　　　　　Moving Party<br>　vs.<br>Victor Bres<br>　　　　　Debtor(s)<br>Ronda J. Winnecour<br>　　　　　Trustee | NO. 18-20329 TPA<br><br>Related to Document No. 30 |

## ORDER ALLOWING FILING OF CLAIM

**AND NOW**, this 10th day of September, 2018, upon Motion of PNC Bank, National Association, it appearing to the Court that Movant holds a claim secured by a mortgage against Debtor's property at 100 South Avenue, Oakdale, Pennsylvania, that the claims bar date in this case was April 10, 2018, that Movant has filed a motion for leave to file a proof of claim beyond the claims bar date, that the motion was served on the Debtor, Debtor's counsel, and the Trustee on August 3, 2003, and that no timely objection or response to the motion has been filed, it is

**ORDERED** that Movant is hereby granted leave to file a Proof of Claim.

_____
United States Bankruptcy Judge    vas

cc:
Victor Bres
100 South Avenue
Oakdale, PA 15071

Daniel P. Foster
Foster Law Offices
PO Box 966
Meadville, PA 16335

Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

KML Law Group, P.C.
701 Market Street, Suite 5000
Pittsburgh, PA 15276

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                Case No. 18-20329-TPA
Victor Bres                                                           Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: dkam              Page 1 of 1            Date Rcvd: Sep 10, 2018
                              Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 12, 2018.
db              +Victor Bres,    100 South Avenue,    Oakdale, PA 15071-1338

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                        TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 12, 2018                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 10, 2018 at the address(es) listed below:
      Daniel P. Foster    on behalf of Debtor Victor  Bres dan@mrdebtbuster.com,
       clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
      James   Warmbrodt    on behalf of Creditor    PNC Bank, National Association bkgroup@kmllawgroup.com
      James   Warmbrodt    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION bkgroup@kmllawgroup.com
      James A. Prostko    on behalf of Creditor    PNC Bank, National Association pawb@fedphe.com,
       james.prostko@phelanhallinan.com
      Jeffrey R. Hunt    on behalf of Creditor    County of Allegheny jhunt@grblaw.com,
       cnoroski@grblaw.com
      Jeffrey R. Hunt    on behalf of Creditor    Borough of Oakdale jhunt@grblaw.com,
       cnoroski@grblaw.com
      Jodi L. Hause    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION
       jodi.hause@phelanhallinan.com,  pawb@fedphe.com
      Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
      Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                                   TOTAL: 9