**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>VICTOR BRES | Case No. 18-20329TPA |
| Debtor(s)<br>RONDA J. WINNECOUR,<br>Standing Chapter 13 Trustee, | Chapter 13 |
| Movant<br>vs.<br>COUNTY OF ALLEGHENY (R/E TAX)* | Document No __ |
| Respondents | |

## NOTICE OF FUNDS ON RESERVE

The Movant, Ronda J. Winnecour, Chapter 13 Standing Trustee, gives notice to the above named Respondent that she has placed the Respondent-creditor's claim (identified below) on reserve, pursuant to W. PA. LBR 3002-3(f)(2), for the following reason:

The creditor has informed the Trustee that the account has been paid in full. No further payments will be issued on this debt unless the creditor provides timely notice to the Trustee that this information was in error and acknowledges that it will accept future payments.

| | |
|---|---|
| COUNTY OF ALLEGHENY (R/E TAX)*<br>%JORDAN TAX SVC-CUR/DLNQ CLCTR<br>POB 200<br>BETHEL PARK, PA 15102 | Court claim# 6/Trustee CID# 20 |

The Movant further certifies that on 10/22/2018 , copies of this notice were served on the parties required to be served pursuant to W.PA.LBR 3002-3(g).

cc: debtor(s)
    original creditor
    putative creditor
    counsel for debtor(s)
    counsel for the creditor(s) (if known)

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

| DEBTOR(S):<br>VICTOR BRES, 100 SOUTH AVENUE, OAKDALE, PA  15071 | DEBTOR'S COUNSEL:<br>DANIEL P FOSTER ESQ**, FOSTER LAW OFFICES, PO BOX 966, MEADVILLE, PA  16335 |
|---|---|
| ORIGINAL CREDITOR:<br>COUNTY OF ALLEGHENY (R/E TAX)*, %JORDAN TAX SVC-CUR/DLNQ CLCTR, POB 200, BETHEL PARK, PA  15102 | ORIGINAL CREDITOR'S COUNSEL:<br>JEFFREY R HUNT ESQ, GOEHRING ET AL, 437 GRANT ST 14TH FL, PITTSBURGH, PA  15219-6107 |
| NEW CREDITOR: | |