**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | : | |
| | : | **Case No.: 18-20329** |
| **Victor Bres** | : | **Chapter 13** |
| | : | **Judge Thomas P. Agresti** |
| **Debtor(s)** | : | * * * * * * * * * * * * * * * * * * |
| | : | |
| **PNC Bank, National Association** | : | **Related Document #** |
| **Movant,** | : | |
| vs | : | |
| | : | |
| **Victor Bres** | : | |
| **Kimberly Bres** | : | |
| | : | |
| **Ronda J. Winnecour** | : | |
| **Respondents.** | | |

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICES**

The undersigned attorney enters their appearance as counsel for PNC Bank, National Association, its successor and assigns ("Creditor") in the above referenced case. Please send all notices issued in this case to the undersigned at the address below.

                                                          Respectfully submitted,

                                                    /s/ Sarah E. Barngrover

Karina Velter, Esquire (94781)
Adam B. Hall (323867)
Sarah E. Barngrover (323972)
Edward H. Cahill (0088985)
Stephen R. Franks (0075345)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Karina Velter.
Contact email is kvelter@manleydeas.com

20-020835_PS

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re:** | : |
| | : **Case No.: 18-20329** |
| **Victor Bres** | : **Chapter 13** |
| | : **Judge Thomas P. Agresti** |
| **Debtor(s)** | : * * * * * * * * * * * * * * * * * * |
| | : |
| **PNC Bank, National Association** | : **Related Document #** |
| **Movant,** | : |
| vs | : |
| | : |
| **Victor Bres** | : |
| **Kimberly Bres** | : |
| | : |
| **Ronda J. Winnecour** | : |
| **Respondents.** | |

## CERTIFICATE OF SERVICE OF NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on November 23, 2020.

Service by ECF:
Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov

Ronda J. Winnecour, Chapter 13 Trustee, cmecf@chapter13trusteewdpa.com

Daniel P. Foster, Attorney for Victor Bres, dan@mrdebtbuster.com

Service by First-Class Mail:
Victor Bres, 100 South Avenue, Oakdale, PA  15071

Victor Bres and Kimberly Bres, 100 South Ave, Oakdale, PA  15071


EXECUTED ON: November 23, 2020

By: /s/ Sarah E. Barngrover
Signature
Sarah E. Barngrover
Typed Name
P.O. Box 165028, Columbus, OH 43216-5028
Address


20-020835_PS

614-220-5611
Phone No.
323972
List Bar I.D. and State of Admission
