**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

03/18/2022

IN RE:

VICTOR BRES
100 SOUTH AVENUE
OAKDALE,  PA  15071
XXX-XX-4151          Debtor(s)

Case No.18-20329 TPA

Chapter 13

### NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

    NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

    This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case.  This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders.  Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

    This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan.  Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

    The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed.  Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee.  To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay  100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known . In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to

which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

3/18/2022

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Claim Info | Description |
|---|---|---|
| **BERNSTEIN BURKLEY PC**<br>601 GRANT ST - 9TH FL<br><br>PITTSBURGH, PA  15219 | Trustee Claim Number: 1   INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: PNC BANK/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **JORDAN TAX SERVICE INC\*\***<br>102 RAHWAY RD<br><br>MC MURRAY, PA  15317 | Trustee Claim Number: 2   INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: 11-18/SCH\*11-16/PL\*14881.01@9%/PL\*STAT ISSUE\*PD@CL6/CONF OE | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: D337 |
| **JORDAN TAX SERVICE INC\*\***<br>102 RAHWAY RD<br><br>MC MURRAY, PA  15317 | Trustee Claim Number: 3   INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: 13,14,16\*4669.81@9%/PL\*STAT ISSUE\*PD@CL6/CONF OE | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: L141 |
| **PA DEPARTMENT OF REVENUE\***<br>BUR OF COMPL SECT-DEPT 280946<br>STRAWBERRY SQ<br>HARRISBURG, PA  17128 | Trustee Claim Number: 4   INT %: 4.00%<br>Court Claim Number: 1<br><br>CLAIM: 2,725.26<br>COMMENT: 16/SCH-PL\*09,11/CL\*$CL-PL@4%/PL\*$3007.83\*PIF/CR | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: 4151 |
| **PNC BANK NA**<br>3232 NEWMARK DR<br><br>MIAMISBURG, OH  45342 | Trustee Claim Number: 5   INT %: 0.00%<br>Court Claim Number: 9<br><br>CLAIM: 0.00<br>COMMENT: CL9GOVS\*419@PNC MTG/PL\*449.57X(60+2)=LMT\*BGN 2/18 | CRED DESC: MORTGAGE REGULAR PAYMEN<br>ACCOUNT NO.: 0054 |
| **PNC BANK NA**<br>POB 94982<br><br>CLEVELAND, OH  44101 | Trustee Claim Number: 6   INT %: 2.74%<br>Court Claim Number: 12<br><br>CLAIM: 18,253.98<br>COMMENT: CL12GOVS\*18218.79@2.74%/PL\*910/PL\*TTL DEBT CL~ NO PMT STD\*CL LATE | CRED DESC: MORTGAGE PAID IN FULL<br>ACCOUNT NO.: 9682 |
| **INTERNAL REVENUE SERVICE\***<br>CENTRALIZED INSOLVENCY-TRUSTEE REMITS<br>PO BOX 7317<br>PHILADELPHIA, PA  19101-7317 | Trustee Claim Number: 7   INT %: 0.00%<br>Court Claim Number: 4<br><br>CLAIM: 0.00<br>COMMENT: 09/SCH\*NO PRI/CL\*12344.37@0%/PL | CRED DESC: PRIORITY CREDITOR<br>ACCOUNT NO.: 4151 |
| **CAPITAL ONE BANK (USA) NA BY AMERICAN INF**<br>PO BOX 71083<br><br>CHARLOTTE, NC  28272-1083 | Trustee Claim Number: 8   INT %: 0.00%<br>Court Claim Number: 7<br><br>CLAIM: 2,392.46<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5016 |
| **JPMORGAN CHASE BANK NA**<br>PO BOX 15298<br><br>WILMINGTON, DE  19850 | Trustee Claim Number: 9   INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3150 |
| **CREDIT MANAGEMENT CO**<br>2121 NOBLESTOWN RD<br><br>PITTSBURGH, PA  15205-3956 | Trustee Claim Number: 10   INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: TRI STATE SURGERY CNTR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6629 |

| Creditor | Trustee/Court Claim | Cred Desc / Account | Claim / Comment |
|---|---|---|---|
| **LVNV FUNDING LLC, ASSIGNEE**<br>C/O RESURGENT CAPITAL SVCS<br>POB 10587<br>GREENVILLE, SC 29603-0587 | Trustee Claim Number:11  INT %: 0.00%<br>Court Claim Number:10 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6321 | CLAIM: 372.37<br>COMMENT: MHC*FNBM |
| **CONSERV**<br>200 CROSS KEYS OFFICE PARK<br><br>FAIRPORT, NY 14450 | Trustee Claim Number:12  INT %: 0.00%<br>Court Claim Number: | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: | CLAIM: 0.00<br>COMMENT: |
| **TRI STATE SURGERY CENTER LLC**<br>80 LANDINGS DR STE 101<br><br>WASHINGTON, PA 15301 | Trustee Claim Number:13  INT %: 0.00%<br>Court Claim Number: | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: | CLAIM: 0.00<br>COMMENT: |
| **OAKDALE BOROUGH(WATER/SWG/GBG)**<br>6115 NOBLESTOWN RD<br><br>OAKDALE, PA 15071 | Trustee Claim Number:14  INT %: 0.00%<br>Court Claim Number:3-2 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: D337 | CLAIM: 4,163.77<br>COMMENT: NT/SCH*2017/ORIG CL*AMD |
| **ST CLAIR ORTHOPEDIC ASSOCIATES**<br>1121 SITUS CT STE 350<br><br>RALEIGH, NC 27606 | Trustee Claim Number:15  INT %: 0.00%<br>Court Claim Number:2 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: YWT1 | CLAIM: 100.00<br>COMMENT: NT/SCH |
| **INTERNAL REVENUE SERVICE***<br>CENTRALIZED INSOLVENCY-TRUSTEE REMITS<br>PO BOX 7317<br>PHILADELPHIA, PA 19101-7317 | Trustee Claim Number:16  INT %: 0.00%<br>Court Claim Number:4 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4151 | CLAIM: 11,314.66<br>COMMENT: NO GEN UNS/SCH*2009 |
| **PNC BANK NA**<br>3232 NEWMARK DR<br><br>MIAMISBURG, OH 45342 | Trustee Claim Number:17  INT %: 0.00%<br>Court Claim Number:9 | CRED DESC: MORTGAGE ARR.<br>ACCOUNT NO.: 0054 | CLAIM: 16,801.33<br>COMMENT: CL9GOVS*4195.70@PNC MTG/PL*THRU 1/18 |
| **COUNTY OF ALLEGHENY (RE TAX)***<br>C/O JORDAN TAX SVC-CUR/DLNQ CLCTR<br>POB 200<br>BETHEL PARK, PA 15102 | Trustee Claim Number:18  INT %: 12.00%<br>Court Claim Number:6-2 | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: D337 | CLAIM: 2,658.25<br>COMMENT: 491-D-337*CL6GOV*14-18*WNTS 12%*W/19*AMD |
| **COUNTY OF ALLEGHENY (RE TAX)***<br>C/O JORDAN TAX SVC-CUR/DLNQ CLCTR<br>POB 200<br>BETHEL PARK, PA 15102 | Trustee Claim Number:19  INT %: 0.00%<br>Court Claim Number:6-2 | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: D337 | CLAIM: 549.28<br>COMMENT: 491-D-337*CL6GOV*14-18*NON%*W/18*AMD |
| **COUNTY OF ALLEGHENY (RE TAX)***<br>C/O JORDAN TAX SVC-CUR/DLNQ CLCTR<br>POB 200<br>BETHEL PARK, PA 15102 | Trustee Claim Number:20  INT %: 12.00%<br>Court Claim Number:6-2 | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: L141 | CLAIM: 0.00<br>COMMENT: 494-L-141*CL6GOV*18*WNTS 12%*PIF/CR~AMD CL=$0 |

| Creditor | Trustee Claim / Court Claim | Cred Desc / Account | Claim / Comment |
|---|---|---|---|
| **OAKDALE BOROUGH (RE)**<br>C/O JORDAN TAX SERVICE - DLNQ CLLCTR<br>102 RAHWAY RD<br>MCMURRAY, PA  15219 | Trustee Claim Number:21  INT %:  10.00%<br>Court Claim Number:5 | CRED DESC:  SECURED CREDITOR<br>ACCOUNT NO.:  D337 | CLAIM:  379.86<br>COMMENT:  CL5GOVS*NT/SCH-PL*491-D-337*15*WNTS 10% |
| **QUANTUM3 GROUP LLC - AGENT COMENITY CA**<br>PO BOX 788<br>KIRKLAND, WA  98083-0788 | Trustee Claim Number:22  INT %:  0.00%<br>Court Claim Number:8 | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  7929 | CLAIM:  708.72<br>COMMENT:  NT/SCH*DENTAL FIRST*NO PMT EVER*2017 DEBT |
| **PNC BANK NA**<br>POB 94982<br>CLEVELAND, OH  44101 | Trustee Claim Number:23  INT %:  0.00%<br>Court Claim Number:11 | CRED DESC:  MORTGAGE PAID IN FULL<br>ACCOUNT NO.:  4312 | CLAIM:  7,111.23<br>COMMENT:  CL11GOVS*2ND*NT/SCH-PL*TTL DEBT CL~NO PMT STD/CL*CL LATE*CL 8893.85~LI |
| **GAITENS TUCCERI & NICHOLAS PC**<br>519 COURT PL<br>PITTSBURGH, PA  15219 | Trustee Claim Number:24  INT %:  0.00%<br>Court Claim Number: | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.: | CLAIM:  0.00<br>COMMENT:  OAKDALE BORO |
| **PNC BANK NA**<br>POB 94982<br>CLEVELAND, OH  44101 | Trustee Claim Number:25  INT %:  0.00%<br>Court Claim Number:13 | CRED DESC:  MORTGAGE PAID IN FULL<br>ACCOUNT NO.:  3645 | CLAIM:  1,962.16<br>COMMENT:  CL13GOVS*NT/SCH-PL*TTL DBT CL*2ND*CL LATE |
| **MANLEY DEAS KOCHALSKI LLC**<br>PO BOX 165028<br>COLUMBUS, OH  43216-5028 | Trustee Claim Number:26  INT %:  0.00%<br>Court Claim Number: | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.: | CLAIM:  0.00<br>COMMENT:  PNC BANK/PRAE |
| **KML LAW GROUP PC***<br>701 MARKET ST STE 5000<br>PHILADELPHIA, PA  19106 | Trustee Claim Number:27  INT %:  0.00%<br>Court Claim Number: | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.: | CLAIM:  0.00<br>COMMENT:  PNC BANK/PRAE |