**Form 408**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Victor Bres**
   Debtor(s)

Bankruptcy Case No.: 18−20329−JAD
Related to Doc. #65
Chapter: 13
Docket No.: 66 − 65

## ORDER SETTING DATE CERTAIN
## FOR RESPONSE AND HEARING ON MOTION

   **AND NOW,** this The 28th of June, 2023, a Motion for Completion of Case and Approval of Trustee's Report of Receipts and Disbursements (No Discharge) having been filed by the Chapter 13 Trustee in the above−captioned proceeding,

   **IT IS HEREBY ORDERED THAT:**

1. **Any Response,** including a consent to the Motion, **shall be filed with the Clerk's Office, 5414 U.S. Steel Tower 600 Grant Street Pittsburgh, PA 15219 by 8/21/23.** Any response should be served on the Moving Party, their counsel, and the Chapter 13 Trustee.

2. Said Motion is scheduled for hearing on **8/30/23 at 11:00 AM in the Zoom Video Conference Application, https://www.zoomgov.com/j/16009283473, or alternatively, Mtg ID: 160 0928 3473** at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion.

3. If service was properly made and Respondent(s) fail to file a Response by the above−specified date, the Court **may** determine after review of the Motion that no hearing is required and accordingly enter the Order by default.

   **TO DETERMINE IF A DEFAULT ORDER HAS BEEN SIGNED, THE PARTIES ARE DIRECTED TO THE WEB SITE OF THE U.S. BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA AT www.pawb.uscourts.gov ONE DAY PRIOR TO THE SCHEDULED HEARING DATE. REFER TO THE CALENDAR SECTION TO VIEW THE CALENDAR FOR JUDGE Jeffery A. Deller.**

   In the event a default order has been signed, the **Moving Party** shall thereafter advise all affected parties. If a default order has not been signed, the parties will be **required** to appear in Court at the hearing on the above date and time.

4. A **maximum** of 10 minutes has been allotted to hear this matter. Should this matter require more than 10 minutes, the parties are required to so notify the Courtroom Deputy **immediately**.

5. If applicable, **Debtor(s) SHALL FILE a Certification Of Discharge Eligibility**, pursuant to 11 U.S.C. Section 1328, on or before **8/21/23.**

                                     Jeffery A. Deller
                                     United States Bankruptcy Judge

cm: **All Parties**

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Victor Bres  
    Debtor

Case No. 18-20329-JAD  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: auto     Page 1 of 3  
Date Rcvd: Jun 28, 2023     Form ID: 408     Total Noticed: 29

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 30, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Victor Bres, 100 South Avenue, Oakdale, PA 15071-1338 |
| cr | + | Borough of Oakdale, Goehring, Rutter & Boehm, 437 Grant Street, Frick Building, Pittsburgh, PA 15219 UNITED STATES 15219-6002 |
| 14766567 | + | Allegheny Tax Claim Bureau, 436 Grant Street, Pittsburgh, PA 15219-2400 |
| 14766568 | + | Andrews & Price LLC, 1500 Ardmore Boulevard, Suite 506, Pittsburgh, PA 15221-4468 |
| 14795531 | + | Borough of Oakdale, Goehring, Rutter & Boehm, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building Pittsburgh, PA 15219-6101 |
| 14774093 | + | Jordan Tax Service Inc, 102 Rahway Road, Canonsburg, PA 15317-3349 |
| 14766580 | + | Jordan Tax Service Inc, 102 Rahway Road, McMurray, PA 15317-3349 |
| 14780349 | + | Oakdale Borough, c/o Michele McPeak Cromer, Esquire, 519 Court Place, Pittsburgh, PA 15219-2002 |
| 14775801 | + | St. Clair Orthopedic Associates, 1121 Situs Court, Suite 350, Raleigh, NC 27606-4275 |
| 14766584 | + | Tri-State Surgery Center, 80 Landings Drive, Suite 101, Washington, PA 15301-9408 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: ebnjts@grblaw.com | Jun 29 2023 00:28:00 | County of Allegheny, Goehring, Rutter, and Boehm, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219, UNITED STATES 15219-6101 |
| 14766573 | | Email/Text: BKY@conserve-arm.com | Jun 29 2023 00:28:00 | Conserve, 200 CrossKeys Office Park, Fairport, NY 14450 |
| 14766570 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 29 2023 00:38:40 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14797120 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 29 2023 00:54:09 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14766572 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 29 2023 00:29:00 | Comenity Bank / Dental First Financial, PO Box 182125, Columbus, OH 43218-2125 |
| 14795534 | + | Email/Text: ebnjts@grblaw.com | Jun 29 2023 00:28:00 | County of Allegheny, Goehring, Rutter & Boehm, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219-6101 |
| 14766574 | + | Email/Text: bdsupport@creditmanagementcompany.com | Jun 29 2023 00:36:00 | Credit Management Company, Attn: Bankruptcy, 2121 Noblestown Road, Pittsburgh, PA 15205-3956 |
| 14766575 | + | Email/PDF: creditonebknotifications@resurgent.com | Jun 29 2023 00:39:46 | Credit One Bank Na, Po Box 98873, Las Vegas, NV 89193-8873 |
| 14766576 | + | Email/Text: ebnjts@grblaw.com | Jun 29 2023 00:28:00 | Goehring, Rutter and Boehm, 437 Grant Street, 14th Floor, Pittsburgh, PA 15219-6107 |
| 14766578 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Jun 29 2023 00:29:00 | Internal Revenue Service, Centralized Insolvency |

Case 18-20329-JAD   Doc 67   Filed 06/30/23   Entered 07/01/23 00:27:19   Desc Imaged
Certificate of Notice   Page 3 of 4

| District/off: 0315-2 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jun 28, 2023 | Form ID: 408 | Total Noticed: 29 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Operations, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14766571 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jun 29 2023 00:55:06 | Chase Card Services, Attn: Correspondence Dept, Po Box 15298, Wilmington, DE 19850 |
| 14807730 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 29 2023 00:54:13 | LVNV Funding, LLC its successors and assigns as, assignee of MHC Receivables, LLC and, FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14766581 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jun 29 2023 00:29:00 | PA Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0946 |
| 14862645 | | Email/Text: Bankruptcy.Notices@pnc.com | Jun 29 2023 00:28:00 | PNC Bank, N.A., P.O. Box 94982, Cleveland, OH 44101 |
| 14924621 | | Email/Text: Bankruptcy.Notices@pnc.com | Jun 29 2023 00:28:00 | PNC Bank, N.A., P.O. Box 94982, Cleveland, OH 44101, 866-622-2657 |
| 14766583 | | Email/Text: Bankruptcy.Notices@pnc.com | Jun 29 2023 00:28:00 | PNC Mortgage, Attn: Bankruptcy Dept., 3232 Newmark Drive, Miamisburg, OH 45342 |
| 14766582 | | Email/Text: Bankruptcy.Notices@pnc.com | Jun 29 2023 00:28:00 | PNC Mortgage, Po Box 8703, Dayton, OH 45401 |
| 14770036 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jun 29 2023 00:29:00 | Pennsylvania Department of Revenue, Bankruptcy Division P O Box 280946, Harrisburg PA 17128-0946 |
| 14803922 | | Email/Text: bnc-quantum@quantum3group.com | Jun 29 2023 00:29:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |

TOTAL: 19

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PNC BANK, NATIONAL ASSOCIATION |
| cr | | PNC Bank, National Association |
| 14774091 | *+ | Allegheny Tax Claim Bureau, 436 Grant Street, Pittsburgh, PA 15219-2400 |
| 14774092 | *+ | Andrews & Price LLC, 1500 Ardmore Boulevard, Suite 506, Pittsburgh, PA 15221-4468 |
| 14766579 | *+ | Internal Revenue Service, William Moor-Head Building, 1000 Liberty Avenue, Room 806, Pittsburgh, PA 15222-4027 |
| 14766577 | * | Internal Revenue Service, Insolvency Unit, PO Box 628, Pittsburgh, PA 15230 |
| 14766569 | ##+ | Borough of Oakdale, 6115 Noblestown Road, Oakdale, PA 15071-1347 |

TOTAL: 2 Undeliverable, 4 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| Date: Jun 30, 2023 | Signature: | /s/Gustava Winters |
|---|---|---|

## CM/ECF NOTICE OF ELECTRONIC FILING

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 3 of 3 |
| Date Rcvd: Jun 28, 2023 | Form ID: 408 | Total Noticed: 29 |

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 28, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor PNC Bank  National Association bnicholas@kmllawgroup.com |
| Daniel P. Foster | on behalf of Debtor Victor Bres dan@mrdebtbuster.com katie@mrdebtbuster.com;marci@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| James A. Prostko | on behalf of Creditor PNC Bank  National Association jprostko@c-vlaw.com, jamesprostko@gmail.com |
| Jeffrey R. Hunt | on behalf of Creditor Borough of Oakdale jhunt@grblaw.com |
| Jeffrey R. Hunt | on behalf of Creditor County of Allegheny jhunt@grblaw.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Stephen Russell Franks | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION amps@manleydeas.com |
| Thomas Song | on behalf of Creditor PNC Bank  National Association pawb@fedphe.com |

TOTAL: 10