**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>VICTOR BRES<br><br>　　　　Debtor(s)<br>Ronda J. Winnecour<br>　　　　Movant<br>　　　　vs.<br>VICTOR BRES | Case No.:18-20329 JAD<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR COMPLETION OF CASE AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS (NO DISCHARGE)**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

　1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

　2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of the payments to creditors and the claims filed in this Chapter 13 Case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

　3. Attached hereto for approval, please find the **Trustee's Report of Receipts and Disbursements** in this case.

　4. As a result of a prior bankruptcy discharge received by the debtor(s) within the statutory time period prior to the commencement of this case, the Trustee avers that the debtor(s) is (are) not entitled to a discharge in this case.

　5. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

　WHERFORE, the Trustee respectfully requests that the Court,
　　(a) Approve the Trustee's Report of Receipts and Disbursements,
　　(b) Revest property of the estate with the debtor(s),
　　(c) Terminate wage attachments, and
　　(d) Enter a final decree and close this case.

June 26, 2023

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA 15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 01/30/2018 and confirmed on 4/6/18 . The case was subsequently Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 108,206.43 |
| Less Refunds to Debtor | 486.64 | |
| TOTAL AMOUNT OF PLAN FUND | | 107,719.79 |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 3,000.00 | |
|    Trustee Fee | 4,844.65 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 7,844.65 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   PNC BANK NA | 0.00 | 27,873.34 | 0.00 | 27,873.34 |
|     Acct: 0054 | | | | |
|   PNC BANK NA | 16,801.33 | 16,801.33 | 0.00 | 16,801.33 |
|     Acct: 0054 | | | | |
|   JORDAN TAX SERVICE INC** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: D337 | | | | |
|   JORDAN TAX SERVICE INC** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: L141 | | | | |
|   PA DEPARTMENT OF REVENUE* | 2,725.26 | 2,725.26 | 303.86 | 3,029.12 |
|     Acct: 4151 | | | | |
|   COUNTY OF ALLEGHENY (RE TAX)* | 2,658.25 | 2,658.25 | 833.35 | 3,491.60 |
|     Acct: D337 | | | | |
|   COUNTY OF ALLEGHENY (RE TAX)* | 549.28 | 549.28 | 0.00 | 549.28 |
|     Acct: D337 | | | | |
|   COUNTY OF ALLEGHENY (RE TAX)* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: L141 | | | | |
|   OAKDALE BOROUGH (RE) | 379.86 | 379.86 | 100.00 | 479.86 |
|     Acct: D337 | | | | |
|   PNC BANK NA | 18,214.36 | 18,214.36 | 1,310.88 | 19,525.24 |
|     Acct: 9682 | | | | |
|   PNC BANK NA | 7,111.23 | 7,111.23 | 0.00 | 7,111.23 |
|     Acct: 4312 | | | | |
|   PNC BANK NA | 1,962.16 | 1,962.16 | 0.00 | 1,962.16 |
|     Acct: 3645 | | | | |
| | | | | 80,823.16 |
| **Priority** | | | | |
|   DANIEL P FOSTER ESQ** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   VICTOR BRES | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   VICTOR BRES | 486.64 | 486.64 | 0.00 | 0.00 |
|     Acct: | | | | |
|   FOSTER LAW OFFICES** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Priority** | | | | |
| DANIEL P FOSTER ESQ** | 3,000.00 | 3,000.00 | 0.00 | 0.00 |
| Acct: | | | | |
| INTERNAL REVENUE SERVICE* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4151 | | | | |
| RONDA J WINNECOUR TRUSTEE/CLERK | 10.45 | 10.45 | 0.00 | 10.45 |
| Acct: XXXXXXXXXXXXXXXXXXXXXXXXXATES | | | | |
| | | | | 10.45 |
| **Unsecured** | | | | |
| CAPITAL ONE BANK (USA) NA BY AMERIC | 2,392.46 | 2,392.46 | 0.00 | 2,392.46 |
| Acct: 5016 | | | | |
| JPMORGAN CHASE BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3150 | | | | |
| CREDIT MANAGEMENT COMPANY | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6629 | | | | |
| LVNV FUNDING LLC, ASSIGNEE | 372.37 | 372.37 | 0.00 | 372.37 |
| Acct: 6321 | | | | |
| OAKDALE BOROUGH (WAT/SWG/TRASH) | 4,163.77 | 4,163.77 | 0.00 | 4,163.77 |
| Acct: D337 | | | | |
| ST CLAIR ORTHOPEDIC ASSOCIATES | 100.00 | 89.55 | 0.00 | 89.55 |
| Acct: YWT1 | | | | |
| INTERNAL REVENUE SERVICE* | 11,314.66 | 11,314.66 | 0.00 | 11,314.66 |
| Acct: 4151 | | | | |
| QUANTUM3 GROUP LLC - AGENT COMEN | 708.72 | 708.72 | 0.00 | 708.72 |
| Acct: 7929 | | | | |
| BERNSTEIN BURKLEY PC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| GAITENS TUCCERI & NICHOLAS PC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| MANLEY DEAS KOCHALSKI LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| CONSERV | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| TRI STATE SURGERY CENTER LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | | | | 19,041.53 |

| | |
|---|---:|
| TOTAL PAID TO CREDITORS | 99,875.14 |

TOTAL CLAIMED
| | |
|---|---:|
| PRIORITY | 10.45 |
| SECURED | 50,401.73 |
| UNSECURED | 19,051.98 |

Date: 06/26/2023

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
    VICTOR BRES

        Debtor(s)

    Ronda J. Winnecour
        Movant
        vs.
    No Repondents.

Case No.:18-20329 JAD

Chapter 13

Document No.:

ORDER OF COURT

AND NOW, this _____ day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Completion of Case and Approval of Trustee's Report of Receipts and Disursements (No Discharge)**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED and DECREED**, as follows:

    (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

    (2). The debtor(s) shall not receive a discharge in this case, due to the debtor(s)' receipt of a prior discharge within the statutory time period prior to the commencement of this case.

    (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

    (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

    (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

    (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Victor Bres  
    Debtor

Case No. 18-20329-JAD  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: auto      Page 1 of 3  
Date Rcvd: Jun 28, 2023      Form ID: pdf900      Total Noticed: 29

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 30, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Victor Bres, 100 South Avenue, Oakdale, PA 15071-1338 |
| cr | + | Borough of Oakdale, Goehring, Rutter & Boehm, 437 Grant Street, Frick Building, Pittsburgh, PA 15219 UNITED STATES 15219-6002 |
| 14766567 | + | Allegheny Tax Claim Bureau, 436 Grant Street, Pittsburgh, PA 15219-2400 |
| 14766568 | + | Andrews & Price LLC, 1500 Ardmore Boulevard, Suite 506, Pittsburgh, PA 15221-4468 |
| 14795531 | + | Borough of Oakdale, Goehring, Rutter & Boehm, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building Pittsburgh, PA 15219-6101 |
| 14774093 | + | Jordan Tax Service Inc, 102 Rahway Road, Canonsburg, PA 15317-3349 |
| 14766580 | + | Jordan Tax Service Inc, 102 Rahway Road, McMurray, PA 15317-3349 |
| 14780349 | + | Oakdale Borough, c/o Michele McPeak Cromer, Esquire, 519 Court Place, Pittsburgh, PA 15219-2002 |
| 14775801 | + | St. Clair Orthopedic Associates, 1121 Situs Court, Suite 350, Raleigh, NC 27606-4275 |
| 14766584 | + | Tri-State Surgery Center, 80 Landings Drive, Suite 101, Washington, PA 15301-9408 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: ebnjts@grblaw.com | Jun 29 2023 00:28:00 | County of Allegheny, Goehring, Rutter, and Boehm, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219, UNITED STATES 15219-6101 |
| 14766573 | | Email/Text: BKY@conserve-arm.com | Jun 29 2023 00:28:00 | Conserve, 200 CrossKeys Office Park, Fairport, NY 14450 |
| 14766570 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 29 2023 00:55:06 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14797120 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 29 2023 00:39:46 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14766572 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 29 2023 00:29:00 | Comenity Bank / Dental First Financial, PO Box 182125, Columbus, OH 43218-2125 |
| 14795534 | + | Email/Text: ebnjts@grblaw.com | Jun 29 2023 00:28:00 | County of Allegheny, Goehring, Rutter & Boehm, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219-6101 |
| 14766574 | + | Email/Text: bdsupport@creditmanagementcompany.com | Jun 29 2023 00:36:00 | Credit Management Company, Attn: Bankruptcy, 2121 Noblestown Road, Pittsburgh, PA 15205-3956 |
| 14766575 | + | Email/PDF: creditonebknotifications@resurgent.com | Jun 29 2023 00:38:20 | Credit One Bank Na, Po Box 98873, Las Vegas, NV 89193-8873 |
| 14766576 | + | Email/Text: ebnjts@grblaw.com | Jun 29 2023 00:28:00 | Goehring, Rutter and Boehm, 437 Grant Street, 14th Floor, Pittsburgh, PA 15219-6107 |
| 14766578 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Jun 29 2023 00:29:00 | Internal Revenue Service, Centralized Insolvency |

Case 18-20329-JAD    Doc 68    Filed 06/30/23    Entered 07/01/23 00:27:19    Desc Imaged
Certificate of Notice    Page 6 of 7

| District/off: 0315-2 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jun 28, 2023 | Form ID: pdf900 | Total Noticed: 29 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Operations, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14766571 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jun 29 2023 01:06:08 | Chase Card Services, Attn: Correspondence Dept, Po Box 15298, Wilmington, DE 19850 |
| 14807730 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 29 2023 00:39:54 | LVNV Funding, LLC its successors and assigns as, assignee of MHC Receivables, LLC and, FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14766581 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jun 29 2023 00:29:00 | PA Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0946 |
| 14862645 | | Email/Text: Bankruptcy.Notices@pnc.com | Jun 29 2023 00:28:00 | PNC Bank, N.A., P.O. Box 94982, Cleveland, OH 44101 |
| 14924621 | | Email/Text: Bankruptcy.Notices@pnc.com | Jun 29 2023 00:28:00 | PNC Bank, N.A., P.O. Box 94982, Cleveland, OH 44101, 866-622-2657 |
| 14766583 | | Email/Text: Bankruptcy.Notices@pnc.com | Jun 29 2023 00:28:00 | PNC Mortgage, Attn: Bankruptcy Dept., 3232 Newmark Drive, Miamisburg, OH 45342 |
| 14766582 | | Email/Text: Bankruptcy.Notices@pnc.com | Jun 29 2023 00:28:00 | PNC Mortgage, Po Box 8703, Dayton, OH 45401 |
| 14770036 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jun 29 2023 00:29:00 | Pennsylvania Department of Revenue, Bankruptcy Division P O Box 280946, Harrisburg PA 17128-0946 |
| 14803922 | | Email/Text: bnc-quantum@quantum3group.com | Jun 29 2023 00:29:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |

TOTAL: 19

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PNC BANK, NATIONAL ASSOCIATION |
| cr | | PNC Bank, National Association |
| 14774091 | *+ | Allegheny Tax Claim Bureau, 436 Grant Street, Pittsburgh, PA 15219-2400 |
| 14774092 | *+ | Andrews & Price LLC, 1500 Ardmore Boulevard, Suite 506, Pittsburgh, PA 15221-4468 |
| 14766579 | *+ | Internal Revenue Service, William Moor-Head Building, 1000 Liberty Avenue, Room 806, Pittsburgh, PA 15222-4027 |
| 14766577 | * | Internal Revenue Service, Insolvency Unit, PO Box 628, Pittsburgh, PA 15230 |
| 14766569 | ##+ | Borough of Oakdale, 6115 Noblestown Road, Oakdale, PA 15071-1347 |

TOTAL: 2 Undeliverable, 4 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 30, 2023    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 3 of 3 |
| Date Rcvd: Jun 28, 2023 | Form ID: pdf900 | Total Noticed: 29 |

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 26, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor PNC Bank  National Association bnicholas@kmllawgroup.com |
| Daniel P. Foster | on behalf of Debtor Victor Bres dan@mrdebtbuster.com katie@mrdebtbuster.com;marci@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| James A. Prostko | on behalf of Creditor PNC Bank  National Association jprostko@c-vlaw.com, jamesprostko@gmail.com |
| Jeffrey R. Hunt | on behalf of Creditor Borough of Oakdale jhunt@grblaw.com |
| Jeffrey R. Hunt | on behalf of Creditor County of Allegheny jhunt@grblaw.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Stephen Russell Franks | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION amps@manleydeas.com |
| Thomas Song | on behalf of Creditor PNC Bank  National Association pawb@fedphe.com |

TOTAL: 10