IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
VICTOR BRES

Debtor(s)

Ronda J. Winnecour
    Movant
    vs.
No Repondents.

Case No.:18-20329 JAD

Chapter 13

Related to ECF No. 65

**DEFAULT O/E JAD**

ORDER OF COURT

AND NOW, this 22nd day of August, 2023, upon consideration of the **Chapter 13 Trustee's Motion for Completion of Case and Approval of Trustee's Report of Receipts and Disursements (No Discharge)**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED and DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) shall not receive a discharge in this case, due to the debtor(s)' receipt of a prior discharge within the statutory time period prior to the commencement of this case.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

FILED
8/22/23 1:03 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

BY THE COURT:

_____ jah
JEFFERY A. DELLER
UNITED STATES BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                    Case No. 18-20329-JAD
Victor Bres                                             Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2                                User: auto                                  Page 1 of 3
Date Rcvd: Aug 22, 2023                        Form ID: pdf900                          Total Noticed: 29

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 24, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Victor Bres, 100 South Avenue, Oakdale, PA 15071-1338 |
| cr | + | Borough of Oakdale, Goehring, Rutter & Boehm, 437 Grant Street, Frick Building, Pittsburgh, PA 15219 UNITED STATES 15219-6002 |
| 14766567 | + | Allegheny Tax Claim Bureau, 436 Grant Street, Pittsburgh, PA 15219-2400 |
| 14766568 | + | Andrews & Price LLC, 1500 Ardmore Boulevard, Suite 506, Pittsburgh, PA 15221-4468 |
| 14795531 | + | Borough of Oakdale, Goehring, Rutter & Boehm, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building Pittsburgh, PA 15219-6101 |
| 14774093 | + | Jordan Tax Service Inc, 102 Rahway Road, Canonsburg, PA 15317-3349 |
| 14766580 | + | Jordan Tax Service Inc, 102 Rahway Road, McMurray, PA 15317-3349 |
| 14780349 | + | Oakdale Borough, c/o Michele McPeak Cromer, Esquire, 519 Court Place, Pittsburgh, PA 15219-2002 |
| 14775801 | + | St. Clair Orthopedic Associates, 1121 Situs Court, Suite 350, Raleigh, NC 27606-4275 |
| 14766584 | + | Tri-State Surgery Center, 80 Landings Drive, Suite 101, Washington, PA 15301-9408 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: ebnjts@grblaw.com | Aug 22 2023 23:41:00 | County of Allegheny, Goehring, Rutter, and Boehm, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219, UNITED STATES 15219-6101 |
| 14766573 | | Email/Text: BKY@conserve-arm.com | Aug 22 2023 23:41:00 | Conserve, 200 CrossKeys Office Park, Fairport, NY 14450 |
| 14766570 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 23 2023 00:00:36 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14797120 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 23 2023 00:00:21 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14766572 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 22 2023 23:42:00 | Comenity Bank / Dental First Financial, PO Box 182125, Columbus, OH 43218-2125 |
| 14795534 | + | Email/Text: ebnjts@grblaw.com | Aug 22 2023 23:41:00 | County of Allegheny, Goehring, Rutter & Boehm, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219-6101 |
| 14766574 | + | Email/Text: bdsupport@creditmanagementcompany.com | Aug 22 2023 23:42:00 | Credit Management Company, Attn: Bankruptcy, 2121 Noblestown Road, Pittsburgh, PA 15205-3956 |
| 14766575 | + | Email/PDF: creditonebknotifications@resurgent.com | Aug 22 2023 23:48:11 | Credit One Bank Na, Po Box 98873, Las Vegas, NV 89193-8873 |
| 14766576 | + | Email/Text: ebnjts@grblaw.com | Aug 22 2023 23:41:00 | Goehring, Rutter and Boehm, 437 Grant Street, 14th Floor, Pittsburgh, PA 15219-6107 |
| 14766578 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Aug 22 2023 23:41:00 | Internal Revenue Service, Centralized Insolvency |

Case 18-20329-JAD    Doc 70    Filed 08/24/23    Entered 08/25/23 00:26:58    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0315-2 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Aug 22, 2023 | Form ID: pdf900 | Total Noticed: 29 |

| Recip ID | Notice Type | Date/Time | Name and Address |
|---|---|---|---|
| | | | Operations, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14766571 | Email/PDF: ais.chase.ebn@aisinfo.com | Aug 22 2023 23:48:05 | Chase Card Services, Attn: Correspondence Dept, Po Box 15298, Wilmington, DE 19850 |
| 14807730 | Email/PDF: resurgentbknotifications@resurgent.com | Aug 22 2023 23:48:46 | LVNV Funding, LLC its successors and assigns as, assignee of MHC Receivables, LLC and, FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14766581 | + Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 22 2023 23:42:00 | PA Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0946 |
| 14862645 | Email/Text: Bankruptcy.Notices@pnc.com | Aug 22 2023 23:41:00 | PNC Bank, N.A., P.O. Box 94982, Cleveland, OH 44101 |
| 14924621 | Email/Text: Bankruptcy.Notices@pnc.com | Aug 22 2023 23:41:00 | PNC Bank, N.A., P.O. Box 94982, Cleveland, OH 44101, 866-622-2657 |
| 14766583 | Email/Text: Bankruptcy.Notices@pnc.com | Aug 22 2023 23:41:00 | PNC Mortgage, Attn: Bankruptcy Dept., 3232 Newmark Drive, Miamisburg, OH 45342 |
| 14766582 | Email/Text: Bankruptcy.Notices@pnc.com | Aug 22 2023 23:41:00 | PNC Mortgage, Po Box 8703, Dayton, OH 45401 |
| 14770036 | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 22 2023 23:42:00 | Pennsylvania Department of Revenue, Bankruptcy Division P O Box 280946, Harrisburg PA 17128-0946 |
| 14803922 | Email/Text: bnc-quantum@quantum3group.com | Aug 22 2023 23:42:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |

TOTAL: 19

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PNC BANK, NATIONAL ASSOCIATION |
| cr | | PNC Bank, National Association |
| 14774091 | *+ | Allegheny Tax Claim Bureau, 436 Grant Street, Pittsburgh, PA 15219-2400 |
| 14774092 | *+ | Andrews & Price LLC, 1500 Ardmore Boulevard, Suite 506, Pittsburgh, PA 15221-4468 |
| 14766579 | *+ | Internal Revenue Service, William Moor-Head Building, 1000 Liberty Avenue, Room 806, Pittsburgh, PA 15222-4027 |
| 14766577 | * | Internal Revenue Service, Insolvency Unit, PO Box 628, Pittsburgh, PA 15230 |
| 14766569 | ##+ | Borough of Oakdale, 6115 Noblestown Road, Oakdale, PA 15071-1347 |

TOTAL: 2 Undeliverable, 4 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 24, 2023            Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

| District/off: 0315-2 | User: auto | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Aug 22, 2023 | Form ID: pdf900 | Total Noticed: 29 |

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 22, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor PNC Bank  National Association bnicholas@kmllawgroup.com |
| Daniel P. Foster | on behalf of Debtor Victor Bres dan@mrdebtbuster.com katie@mrdebtbuster.com;marci@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| James A. Prostko | on behalf of Creditor PNC Bank  National Association jprostko@c-vlaw.com, jamesprostko@gmail.com |
| Jeffrey R. Hunt | on behalf of Creditor Borough of Oakdale jhunt@grblaw.com |
| Jeffrey R. Hunt | on behalf of Creditor County of Allegheny jhunt@grblaw.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Stephen Russell Franks | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION amps@manleydeas.com |
| Thomas Song | on behalf of Creditor PNC Bank  National Association pawb@fedphe.com |

TOTAL: 10