**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | | |
| | : | Bankruptcy No: 18-20329-JAD |
| Victor Bres, | : | |
| | : | |
| *Debtor*, | : | Chapter 13 |
| | : | |
| vs. | : | |
| | : | DOCKET NO.: 73 |
| | : | |
| St. Clair Orthopedic Associates, | : | |
| *Movant*, | : | |
| | : | |

**NOTICE OF**
**CHANGE OF ADDRESS**

**Creditor Name:**      St. Clair Orthopedic Associates
**Incorrect Address:**  1121 Situs Court Suite 350 Raleigh, NC 27606-4275
**Correct Address:**    1050 Bower Hill Road Suite 105 Pittsburgh, PA 15243

                                                          Respectfully Submitted,

Date:  October 16, 2023        /s/Daniel P. Foster, Esquire
                                                        Daniel P. Foster, Esquire
                                                        PA I.D. #92376
                                                        FOSTER LAW OFFICES
                                                        1210 Park Avenue
                                                        Meadville, PA 16335
                                                        Tel: 814.724.1165
                                                        Fax: 814.724.1158
                                                        Dan@MrDebtBuster.com
                                                        Attorney for Debtors